| **Fill in this information to identify your case:** |
| --- |

United States Bankruptcy Court for the:

DISTRICT OF MINNESOTA

Case number *(if known)* _____   Chapter    11

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     **06/22**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
| --- | --- | --- |
| **1.** | **Debtor's name** | Twin Cities Health Services, Inc. |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | 82-3009877 |

| | | | |
| --- | --- | --- | --- |
| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 3255 Hennepin Avenue South<br>Minneapolis, MN 55408 | |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Hennepin | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
| --- | --- | --- |
| **5.** | **Debtor's website** (URL) | https://www.twinchs.com/ |

| | | |
| --- | --- | --- |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor   Twin Cities Health Services, Inc.                                          Case number (*if known*) _____
_____
Name

**7.   Describe debtor's business**   A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
___6214___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☐ No.

☑ Yes.

| | District | When | Case number |
|---|---|---|---|
| District | District of Minnesota | When 4/26/24 | Case number 24-41124 |
| District | | When | Case number |

Debtor   Twin Cities Health Services, Inc. _____   Case number (*if known*) _____
     Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

           Contact name _____

           Phone _____

### ▮ Statistical and administrative information

**13.** **Debtor's estimation of available funds**

.   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   Twin Cities Health Services, Inc.                                          Case number (*if known*)
         Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor   Twin Cities Health Services, Inc.                                     Case number (*if known*)
_____
Name

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 17, 2024
              MM / DD / YYYY

**X** /s/ Guled Mohamoud                          Guled Mohamoud
Signature of authorized representative of debtor    Printed name

Title    CEO

**18. Signature of attorney**

**X** /s/ Steven R. Kinsella                        Date  June 17, 2024
Signature of attorney for debtor                          MM / DD / YYYY

Steven R. Kinsella 392289
Printed name

Fredrikson & Byron, P.A.
Firm name

60 South 6th Street, Suite 1500
Minneapolis, MN 55402
Number, Street, City, State & ZIP Code

Contact phone    612.492.7000        Email address    skinsella@fredlaw.com

392289 MN
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Twin Cities Health Services, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF MINNESOTA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ADP 8100 Cedar Avenue Minneapolis, MN 55425 | Adam Goby adam.goby@adp.com | Business Debt | | | | $141,000.00 |
| Bank of America 100 North Tryon Street Charlotte, NC 28255 | | Business SBA EIDL Loan | | | | $66,300.00 |
| Bank of America 100 North Tryon Street Charlotte, NC 28255 | | Business PPP Loan | | | | $7,887.00 |
| Breakthrough Capital 299 Park Avenue New York, NY 10017 | | Business Debt | | | | $202,000.00 |
| Health Management Associates 220 South King Street Suite 1200 Honolulu, HI 96813 | dmarks@healthmanagement.com | Business Debt | | | | $13,005.33 |
| Intuit Payroll NSF 2700 Coast Avenue Mountain View, CA 94043 | iccerrato@ggrinc.com | Business Debt | | | | $98,162.04 |
| Newco 1202 Ralston Avenue San Francisco, CA 94129 | admin@newcocapitalgroup.com | Business Debt | | | | $96,000.00 |
| Procentives/Therapy Brands 2321 Jack Breault Drive Suite 100 Hudson, WI 54016 | | Business Debt | | | | $139,996.00 |

Debtor   Twin Cities Health Services, Inc.                                    Case number *(if known)*
      Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Versique 6465 Wayzata Blvd. Suite 800 Minneapolis, MN 55426 | | Business Debt | | | | $85,000.00 |
| Winthrop & Weinstein Attn: Cynthia Hegarty 225 South Sixth Street, Suite 3500 Minneapolis, MN 55402 | Cynthia Hegarty  chegarty@winthrop.com 612-604-6400 | Business Debt | | | | $6,608.57 |

ADP
8100 CEDAR AVENUE
MINNEAPOLIS MN 55425


ALGO REALTY INC.
ATTN: GRIGORIY GORSHTEYN
5003 UNIVERSITY AVE NE
COLUMBIA HEIGHTS MN 55421


BANK OF AMERICA
100 NORTH TRYON STREET
CHARLOTTE NC 28255


BLUE CROSS BLUE SHIELD
401 HARDING STREET NE, SUITE 100
MINNEAPOLIS MN 55413


BREAKTHROUGH CAPITAL
299 PARK AVENUE
NEW YORK NY 10017


CHTD COMPANY
PO BOX 2576
SPRINGFIELD IL 62708


COREFUND CAPITAL, LLC
640 TAYLOR STREET, SUITE 1200
FORT WORTH TX 76102


CORPORATION SERVICE CO., AS REP.
PO BOX 2576
SPRINGFIELD IL 62708


DENNIS INVESTMENTS
ATTN: LESLIE DENNIS
1214 YALE PLACE
MINNEAPOLIS MN 55403


DEPARTMENT OF HUMAN SERVICES
LEGAL COUNSEL'S OFFICE
444 LAFAYETTE ROAD N.
SAINT PAUL MN 55155

FUNDTHROUGH USA, INC.
3730 KIRBY DRIVE, SUITE 1200
HOUSTON TX 77098


GULED MOHAMOUD
3255 HENNEPIN AVENUE SOUTH
MINNEAPOLIS MN 55408


HEALTH MANAGEMENT ASSOCIATES
220 SOUTH KING STREET
SUITE 1200
HONOLULU HI 96813


HEALTH PARTNERS
4730 CHICAGO AVENUE
MINNEAPOLIS MN 55407


INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTUIT PAYROLL NSF
2700 COAST AVENUE
MOUNTAIN VIEW CA 94043


KNIGHTSBRIDGE FUNDING, LLC
40 WALL STREET, SUITE 2903
NEW YORK NY 10005


LEVINSON ARSHONSKY KURTZ & KOMSKY, LLP
ATTN: CASEY Z. DONOYAN
15303 VENTURA BLVD. SUITE 1650
SHERMAN OAKS CA 91403


MINNESOTA DEPARTMENT OF HEALTH
ATTN: WENDY UNDERWOOD, COMMISSIONER
PO BOX 64975
SAINT PAUL MN 55164-0975


MINNESOTA DEPARTMENT OF HUMAN SERVICES
ATTN: COMISSIONER
540 CEDAR STREET
SAINT PAUL MN 55101

MINNESOTA DEPARTMENT OF HUMAN SERVICES
ATTN: JODI HARPSTEAD
444 LAFAYETTE ROAD
SAINT PAUL MN 55155


MN DEPARTMENT OF REVENUE
COLLECTION DIVISION
PO BOX 64564
ST. PAUL MN 55164-0564


NAIMO OSMAN
12769 ERSKIN CIRCLE NE
BLAINE MN 55449


NEWCO
1202 RALSTON AVENUE
SAN FRANCISCO CA 94129


PROCENTIVES
2321 JACK BREAULT DRIVE
SUITE 100
HUDSON WI 54016


PROCENTIVES/THERAPY BRANDS
2321 JACK BREAULT DRIVE
SUITE 100
HUDSON WI 54016


U.S. SMALL BUS. ADMIN.
409 3RD ST, SW
WASHINGTON DC 20416


UCARE
500 STINSON BOUELVARD
MINNEAPOLIS MN 55413


ULINE
12575 ULINE DRIVE
PLEASANT PRAIRIE WI 53158-3686


ULLMAN & ULLMAN, P.A.
ATTN: JARED ULLMAN
2500 NORTH MILITARY TRAIL, SUITE 100
BOCA RATON FL 33431

UNITED  HEALTH  GROUP
PO BOX 1459
MINNEAPOLIS MN 55440


US  BANK
PO BOX 5229
CINCINNATI OH 45201-5229


US  BANK  AUTO  LOAN
PO BOX 790179
SAINT LOUIS MO 63179


US  MED  CAPITAL
1031 IVES DAIRY ROAD, SUITE 240
MIAMI FL 33179


VERSIQUE
6465 WAYZATA BLVD. SUITE 800
MINNEAPOLIS MN 55426


WINTHROP  &  WEINSTEIN
ATTN: CYNTHIA HEGARTY
225 SOUTH SIXTH STREET, SUITE 3500
MINNEAPOLIS MN 55402