UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In the Matter of:

**TWIN CITIES HEALTH SERVICES, INC.,**                              **BKY 24-41577 -KAC**
                                                                    Chapter 7

Debtor

### Chapter 7 Trustee's Report of No Distribution  - Ad Hoc Minimal Funds

I, Patti J. Sullivan, having been appointed trustee of the estate of the above-named debtor report that I collected funds totaling: $11,759.73, from which I paid administrative costs in the aggregate amount of $1,340.17, leaving a balance of $10,419.56, which was returned to the secured creditor FundThrough USA Inc. since there were no funds available for distribution to creditors. The trustee had anticipated selling a 2016 Ford Transit, scheduled at $22,000, but due to extensive title issues, a sale by the trustee was not possible, and the trustee filed an abandonment. All bank statements and cancelled checks have been submitted to the United States Trustee. The bank statements reflect a final zero balance and no other funds or assets of the estate remain in my custody. Pursuant to Fed. R. Bank. P. 5009, I hereby certify that the estate of the above-named debtor has been fully administered.  I request that I be discharged from any further duties as trustee.

Dated:  June 10, 2025                           *s/ Patti J. Sullivan*
                                                Patti J. Sullivan, Trustee
                                                Attorney ID No. 170124
                                                1041 Grand Ave., No. 272
                                                St. Paul, MN 55105
                                                (651) 699-4825
                                                patti@pattisullivan.com